# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHRISTINE CURRY, individually and
on behalf of all others similarly situated,

    Plaintiff,

                                          Case No. 3:23-cv-1508-MMH-MCR

vs.

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

    Defendants.
_____/

DANNY GRIGG, individually and
on behalf of all others similarly situated,

    Plaintiff,

                                          Case No. 3:23-cv-1509-MMH-MCR

vs.

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

    Defendants.
_____/

GREGORY ARROWSMITH, individually and on behalf of all others similarly situated,

      Plaintiff,

vs.

Case No. 3:24-cv-11-MMH-JBT

FIDELITY NATIONAL FINANCIAL, INC., and LOANCARE, LLC,

      Defendants.

_____/

CODY KETTLEWOOD, individually and on behalf of all others similarly situated, et al.,

      Plaintiffs,

vs.

Case No. 3:24-cv-12-MMH-MCR

FIDELITY NATIONAL FINANCIAL, INC., and LOANCARE, LLC,

      Defendants.

_____/

DANIEL HERNANDEZ, individually and on behalf of all others similarly situated, et al.,

      Plaintiffs,

vs.

Case No. 3:24-cv-19-MMH-LLL

FIDELITY NATIONAL FINANCIAL, INC., and LOANCARE, LLC,

      Defendants.

_____/

CHRISTI HORAN, individually and
on behalf of all others similarly situated,

      Plaintiff,

                              Case No. 3:24-cv-21-MMH-PDB

vs.

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

      Defendants.
_____/

RYAN TURIZO, individually and
on behalf of all others similarly situated,

      Plaintiff,

                              Case No. 3:24-cv-28-MMH-JBT

vs.

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

      Defendants.
_____/

THEODORE BELL, individually and
on behalf of all others similarly situated,

      Plaintiff,

                              Case No. 3:24-cv-30-MMH-LLL

vs.

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

      Defendants.
_____/

ANDRE GHARIBIAN, individually and
on behalf of all others similarly situated,

      Plaintiff,

vs.

Case No. 3:24-cv-115-MMH-PDB

FIDELITY NATIONAL FINANCIAL,
INC., and LOANCARE, LLC,

      Defendants.
_____/

# O R D E R

**THESE CAUSES** came before the Court for a status conference via Zoom on February 27, 2024. For the reasons stated on the record during the hearing, it is

**ORDERED:**

1. Plaintiffs' Joint Motion to Consolidate Actions, Appoint Interim Class Counsel, and Set Scheduling Deadlines (Dkt. No. 24, Case No. 3:23-cv-1508-MMH-MCR) is **GRANTED** to the extent set forth on the record.

2. These cases are consolidated and all filings shall be made in Case No. 3:23-cv-1508-MMH-MCR. The Clerk of the Court is directed to **STAY AND ADMINISTRATIVELY CLOSE** the remaining cases.

3. The Clerk of the Court is further directed to amend the case name of the lead case, 3:23-cv-1508-MMH-MCR in CM/ECF to: In Re:

LoanCare Data Security Breach Litigation. The parties shall use the amended case name on all future filings.

4. Plaintiffs' Consolidated Complaint due **March 19, 2024**. Motion to dismiss or answer due **April 16, 2024**. Response due **May 7, 2024**. Reply due **May 21, 2024**.

5. Rule 7.1 and Local Rule 3.03 disclosure statements due no later than **March 8, 2024**, if not already filed.

6. The parties shall have up to and including **March 26, 2024**, to file a Case Management Report.

7. The parties are directed to file a notice if there are any new developments in the cases pending in other jurisdictions.

8. The Court will issue a separate order regarding the appointment of interim class counsel.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of March, 2024.

                                              **MARCIA MORALES HOWARD**
                                              United States District Judge

ja

Copies to:

Counsel of Record