UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION

Case No. 3:23-cv-01508-MMH-MCR

## NOTICE OF SETTLEMENT

The parties, through undersigned counsel, respectfully provide this Notice to the Court that, following their mediation on July 25, 2024, they resolved this action in full. The parties respectfully request forty-five (45) days to prepare settlement paperwork and for a motion for preliminary approval of a class-wide settlement to be filed.

*Attorneys for Plaintiffs*

*/s/ Mariya Weekes*

Mariya Weekes (FL Bar No. 56299)
*mweekes@milberg.com*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: 786-879-8200


Bryan Bleichner*
*bbleichner@chestnutcambronne.com*
Philip J. Krzeski*

*Attorneys for Defendants*

*/s/ Ian M. Ross*

Ian M. Ross (FL Bar No. 091214)
*iross@sidley.com*
Christopher Joyce (FL Bar No. 1020006)
*cjoyce@sidley.com*
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: 305-391-5100
Fax: 305-391-5101


Eamon Joyce*
*ejoyce@sidley.com*
SIDLEY AUSTIN LLP

*pkrzeski@chestnutcambronne.com*
CHESTNUT CAMBRONNE PA
100 Washington Ave. S, Suite 1700
Minneapolis, MN 55401
Telephone: 612-339-7300
*\*Pro Hac Vice*

787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-8555
Fax: 212-839-5599
*Special Admission*

Jonathan M. Wilan*
*jwilan@sidley.com*
SIDLEY AUSTIN LLP
1501 K Street
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711
*Special Admission*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 29, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Ian M. Ross*
Ian M. Ross