# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: LOANCARE DATA SECURITY BREACH LITIGATION | 3:23-cv-01508-CRK-MCR |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, see ECF No. 113, and the telephonic hearing held on January 6, 2024, and pursuant to Federal Rule of Civil Procedure 23, it is

**ORDERED** that Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement is **DENIED without prejudice**; and it is further

**ORDERED** that Plaintiffs' Renewed Motion for Preliminary Approval of Class Action Settlement shall be filed on or before February 6, 2025; and it is further

**ORDERED** that Plaintiffs' Motion for Attorney's Fees shall be filed on or before February 13, 2025.

/s/ Claire R. Kelly
Claire R. Kelly, Judge*

Dated: January 6, 2025
New York, New York

---

\* Judge Claire R. Kelly, of the United States Court of International Trade, sitting by designation.

ORDER - 1