UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-1508-CRK-MCR

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION
_____/

### JOINT REQUEST FOR HEARING ON AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SCHEDULING OF FINAL APPROVAL HEARING

The Parties believe that the amended documents and additional submissions address all of the open issues, and Plaintiffs therefore submit that preliminary approval should be promptly granted and a final approval hearing set for July. But to the extent that the Court has additional questions, the Parties request an additional phone conference/hearing on preliminary approval be set for February or March to be able address those issues.

| | |
|---|---|
| Dated: January 29, 2025 | Respectfully submitted, |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| /s/ Mariya Weekes | /s/ Ian M. Ross |
| Mariya Weekes (FL Bar No. 56299) | Ian M. Ross (FL Bar No. 091214) |
| mweekes@milberg.com | iross@sidley.com |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | Christopher Joyce (FL Bar No. 1020006) |
| 201 Sevilla Avenue, 2nd Floor | cjoyce@sidley.com |
| Coral Gables, FL 33134 | SIDLEY AUSTIN LLP |
| Telephone: 786-879-8200 | 1001 Brickell Bay Drive, Suite 900 |
| | Miami, FL 33131 |
| | Telephone: 305-391-5100 |
| Bryan Bleichner* | Fax: 305-391-5101 |
| bbleichner@chestnutcambronne.com | |
| Philip J. Krzeski* | Eamon Joyce* |
| pkrzeski@chestnutcambronne.com | ejoyce@sidley.com |
| CHESTNUT CAMBRONNE PA | SIDLEY AUSTIN LLP |
| 100 Washington Ave. S, Suite 1700 | 787 Seventh Avenue |
| Minneapolis, MN 55401 | New York, NY 10019 |
| Telephone: 612-339-7300 | Telephone: 212-839-8555 |
| *Pro Hac Vice | Fax: 212-839-5599 |
| | *Special Admission* |

Jonathan M. Wilan*
*jwilan@sidley.com*
SIDLEY AUSTIN LLP
1501 K Street
Washington, DC 20005
Telephone: 202-736-8000
Fax: 202-736-8711
*Special Admission*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local 3.01(g), the undersigned counsel certifies that counsel for Defendants conferred with counsel for Plaintiffs on January 28, 2025, and the Parties do not object to the relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2025, the foregoing document was filed electronically with the Clerk of Court to be served by operations of the Court's electronic filing system on all parties of record.

*s/ Mariya Weekes*
Mariya Weekes
