**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:23-cv-1508-CRK-MCR**

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION

_____/

**NOTICE OF FILING OF PLAINTIFFS' UNOPPOSED SECOND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM OF LAW**

Plaintiffs, Kevin Curry, Gregory Arrowsmith, Namuun Bat, Richard Freire, Andrew Gharibian, Cody Kettlewood, Eisin Jahwer Martinez, Douglas Newell, Christopher Human, April Manar and Jose Peralta, individually, and on behalf of the Settlement Class, hereby notify the Court of the electronic filing of Plaintiffs' Unopposed Second Amended Motion for Preliminary Approval of Class Action Settlement and supporting Memorandum of Law in the above-named case.

For the Court's convenience, Plaintiffs file herewith redlined versions of Plaintiffs' Unopposed Amended Motion for Preliminary Approval of Class Action Settlement and Memorandum of Law (**Exhibit A**), and Plaintiffs' Unopposed **Second** Amended Motion for Preliminary Approval of Class Action Settlement and Memorandum of Law (**Exhibit B)**.

Dated: March 6, 2025.                    Respectfully submitted,

/s/ *Bryan L. Bleichner*
BRYAN L. BLEICHNER
**CHESTNUT CAMBRONNE PA**
100 Washington Ave. S., Ste. 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940
Email: bbleichner@chestnutcambronne.com

MARIYA WEEKES
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

*Attorneys for Plaintiffs and the Settlement Class*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on March 6, 2025 with the Court via CM/ECF, which will send notifications of such filing to all attorneys of record.

Date: March 6, 2025                    */s/ Bryan L. Bleichner*
                                        Bryan L. Bleichner

2