UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-1508-CRK-MCR

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION
_____/

**PLAINTIFFS' NOTICE TO STRIKE AND CORRECT EXHIBITS TO PLAINTIFFS' UNOPPOSED SECOND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to the Court's February 6 Order, Plaintiffs Kevin Curry, Gregory Arrowsmith, Namuun Bat, Richard Freire, Andrew Gharibian, Cody Kettlewood, Eisin Jahwer Martinez, Douglas Newell, Christopher Human, April Manar and Jose Peralta ("Plaintiffs") filed redlined versions of the Exhibits to the Settlement Agreement (ECF No. 126-1) and Plaintiffs' prior Unopposed Motions for Preliminary Approval of Class Action Settlement (ECF No. 127-2). Upon review, Plaintiffs' Counsel determined that the redlined versions inadvertently contained attorney commentary on the following pages:

**Exhibit A, Doc. 126-1**
PageID 1507-1508
PageID 1525
PageID 1528
PageID 1530-1532
PageID 1549
PageID 1557
PageID 1559
PageID 1565
PageID 1507-1508

1

**Exhibit B, Doc. 127-2**
PageID 1781-1782

While Plaintiffs' Counsel submit the attorney commentary is of a minor nature, they respectfully move to strike this commentary and submit corrected versions of ECF No. 126-1 and No. 127-2 with redlines present, but with attorney commentary redacted. Plaintiffs hereby attach corrected versions of ECF No. 126-1 as Exhibit 1 and ECF No. 127-2 as Exhibit 2. Plaintiffs' Counsel conferred with Defendants' Counsel who indicated they do not oppose the relief requested.

Dated: March 7, 2025.                Respectfully submitted,

/s/ *Bryan L. Bleichner*
BRYAN L. BLEICHNER
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401-2138
Tel: (612) 336-2912
Fax: (612) 336-2940
Email: bbleichner@chestnutcambronne.com

MARIYA WEEKES
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

*Attorneys for Plaintiffs and the Settlement Class*