# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**CASE NO. 3:23-cv-1508-CRK-MCR**

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION
_____/

**PLAINTIFFS' NOTICE OF FILING OF EXECUTED SETTLEMENT AGREEMENT**

Pursuant to the Court's Text Order on March 19, 2025, Plaintiffs submit an executed copy of the Settlement Agreement attached hereto as Exhibit A. Plaintiffs previously filed executed copies via ECF No. 113-1 and ECF No. 118-1. Notwithstanding, for the Court's ease of reference, Plaintiffs hereby re-file an executed copy of the Settlement Agreement.

Dated: March 19, 2025                    Respectfully submitted,

/s/ *Bryan L. Bleichner*
BRYAN L. BLEICHNER
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401-2138
Tel: (612) 336-2912
Fax: (612) 336-2940
Email: bbleichner@chestnutcambronne.com

MARIYA WEEKES
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**

1

201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

*Attorneys for Plaintiffs and the Settlement Class*