## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**IN RE: LOANCARE DATA SECURITY BREACH LITIGATION**

**CASE NO. 3:23-cv-1508-CRK-MCR**

## <u>NOTICE OF FILING</u>

Pursuant to the Court' Preliminary Approval Order (ECF No. 132), Defendants respectfully submit the attached letter indicating the date and to whom notice under the Class Action Fairness Act ("CAFA") was sent.

Respectfully Submitted,

Date: March 28, 2025

/s/ *Ian M. Ross*

Ian M. Ross
iross@sidley.com
Christopher D. Joyce
cjoyce@sidley.com
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Tel.: 305-391-5100
Fax: 305-391-5101

Eamon Joyce
ejoyce@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel.: 212-839-8555

Fax: 212-839-5599

Jonathan M. Wilan
jwilan@sidley.com
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
Tel.: 202-736-8000
Fax: 202-736-8711

Garrett M. Lance
glance@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201
Tel.: 214-981-3300
Fax: 214-981-3400

*Attorneys for Defendants*
*Fidelity National Financial,*
*Inc. and LoanCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 28th day of March, 2025.

By: */s/ Ian M. Ross*
Ian M. Ross

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION    )      3:23-cv-01508-CRK-MCR


## DECLARATION OF H JACOB HACK OF ANGEION GROUP
## RE: CLASS ACTION FAIRNESS ACT NOTICE

I, **H Jacob Hack**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1.      I am a Project Manager with Angeion Group, LLC ("Angeion"), the Settlement Administrator retained in this matter, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

2.      Angeion was retained by the Parties and appointed by this Court to serve as Settlement Administrator pursuant to the Court's Preliminary Approval Order (Dkt. No.132).

3.      Angeion is not related to or affiliated with the Plaintiffs, Class Counsel, the Defendant, or Defendant's Counsel.

4.      The purpose of this Declaration is to provide the Court with confirmation that, on behalf of Defendant, LoanCare, LLC and Fidelity National Financial, Inc., Angeion has disseminated notice pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b).

## CAFA NOTICE

5.　　On September 27, 2024, the Settlement Agreement and Release was filed with the Court (Dkt. No. 113-1).

6.　　Accordingly, on October 7, 2024, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice and a spreadsheet of the recipients are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Milford, Connecticut, this 28th day of March, 2025.

*H Jacob Hack*
_____

H JACOB HACK, Declarant

# EXHIBIT A



**Writing the Rules**

1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

October 7, 2024

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

Re:     **Notice of Class Action Settlement**
        *Re: LoanCare Data Security Breach Litigation*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendants in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Re: LoanCare Data Security Breach Litigation*
> **Index Number:** 3:23-cv-01508
> **Jurisdiction:** United States District Court, Middle District of Florida, Jacksonville Division
> **Date Settlement Filed with Court:** September 27, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  The initial *Class Action Complaint* filed with the Court on December 27, 2023 was Stricken Pursuant to #7 Order and a Corrected Complaint was filed with the Court on January 17, 2024. A consolidated *Amended Class Action Complaint* was filed with the Court on March 19, 2024.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** *Long Form Notice, Email Notice, Postcard Notice*, and *Claim Form*, filed with the Court on September 27, 2024.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Settlement Agreement and Releases*, filed with the Court on September 27, 2024.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement and matters referred to therein, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgment or Notice of Dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** The Settlement Class contains approximately 1,300,000 Settlement Class Members located throughout the United States and U.S. territories. A detailed breakdown of the approximately 1,300,000 individuals is available at https://www.angeiongroup.com/cafa/.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion related to the Settlement at this time. The *Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement* and Memorandum of Law is available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

# EXHIBIT B

## CAFA RECIPIENTS

| Salutation | Company (Full - use for mail merge) | Company (Abbreviation for USPS) | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Mr. Attorney General | Office of the Arizona Attorney General | Office of the Arizona AG | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| Mr. Attorney General | Office of the Colorado Attorney General | Office of the Colorado AG | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Madame Attorney General | Delaware Attorney General | Delaware Attorney General | 820 N. French Street 6th FL | Carvel State Office Building | Wilmington | DE | 19801 |
| Madam Attorney General | Office of the Florida Attorney General | Office of the AG of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Madame Attorney General | Office of the Hawaii Attorney General | Office of the Hawaii AG | 425 Queen Street | | Honolulu | HI | 96813 |
| Mr. Attorney General | Office of the Kentucky Attorney General | Office of the Kentucky AG | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Mr. Attorney General | Office of the Louisiana Attorney General | Office of the Louisiana AG | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Attorney General | Office of the Attorney General of Massachusetts | AG of Massachusetts | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108-1698 |
| Mr. Attorney General | Office of the Maryland Attorney General | Office of the Maryland AG | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Madame Attorney General | Mississippi Attorney General's Office | Mississippi AG's Office | 550 High Street, Suite 1200 | Walter Sillers Building | Jackson | MS | 39201 |
| Mr. Attorney General | Office of the Montana Attorney General | Office of the Montana AG | 215 N Sanders | Justice Bldg. | Helena | MT | 59620-1401 |
| Mr. Attorney General | Office of the North Carolina Attorney General | Office of the North Carolina AG | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 |
| Mr. Attorney General | New Hampshire Attorney General | New Hampshire Attorney General | 33 Capitol Street | State House Annex | Concord | NH | 03301-6397 |
| Mr. Attorney General | Office of the New Jersey Attorney General | Office of the New Jersey AG | 25 Market Street,  PO Box 080 | Richard J. Hughes Justice Complex | Trenton | NJ | 08625 |
| Mr. Attorney General | Office of the New Mexico Attorney General | Office of the New Mexico AG | PO Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Mr. Attorney General | Ohio Attorney General | Ohio Attorney General | 30 E. Broad Street, 14th Floor | State Office Tower | Columbus | OH | 43215 |
| Mr. Attorney General | South Dakota Office of the Attorney General | South Dakota Office of the AG | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Mr. Attorney General | Office of the Virginia Attorney General | Office of the Virginia AG | 202 North Ninth Street | | Richmond | VA | 23219 |
| Mr. Attorney General | Washington State Office of the Attorney General | Washington State AG's Office | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Mr. Attorney General | Office of the Alaska Attorney General | Office of the Alaska AG | 1031 W 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Madam Attorney General | Arkansas Attorney General Office | Arkansas AG Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mr. Attorney General | State of Connecticut Attorney General's Office | State of Connecticut AG's Office | 165 Capitol Ave | | Hartford | CT | 06106 |
| Mr. Attorney General | District of Columbia Attorney General | District of Columbia AG | 400 6th St, NW | | Washington | DC | 20001 |
| Mr. Attorney General | Office of the Georgia Attorney General | Office of the Georgia AG | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Mr. Attorney General | Iowa Attorney General | Iowa Attorney General | 1305 E. Walnut Street | Hoover State Office Building | Des Moines | IA | 50319 |
| Mr. Attorney General | Illinois Attorney General | Illinois Attorney General | 100 W. Randolph Street | James R. Thompson Center | Chicago | IL | 60601 |
| Mr. Attorney General | Office of the Maine Attorney General | Office of the Maine AG | 6 State House Station | | Augusta | ME | 04333 |
| Mr. Attorney General | Missouri Attorney General's Office | Missouri AG's Office | 207 W. High Street, PO Box 899 | Supreme Court Building | Jefferson City | MO | 65101 |
| Mr. Attorney General | Office of the Nebraska Attorney General | Office of the Nebraska AG | PO BOX 98920 | 2115 State Capitol | Lincoln | NE | 68509 |
| Mr. Attorney General | Nevada Attorney General | Nevada Attorney General | 100 North Carson Street | Old Supreme Ct. Bldg. | Carson City | NV | 89701 |
| Mr. Attorney General | Oklahoma Office of the Attorney General | Oklahoma Office of the AG | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Madam Attorney General | Office of the Oregon Attorney General | Office of the Oregon AG | 1162 Court Street NE | Oregon Department of Justice | Salem | OR | 97301-4096 |
| Mr. Attorney General | Pennsylvania Office of the Attorney General | Pennsylvania Office of the AG | 1600 Strawberry Square, 16 FL | | Harrisburg | PA | 17120 |
| Mr. Attorney General | State of Rhode Island Office of the Attorney General | Rhode Island Office of the AG | 150 South Main Street | | Providence | RI | 02903 |
| Mr. Attorney General | Attorney General of Texas | Attorney General of Texas | PO Box 12548 | Capitol Station | Austin | TX | 78711-2548 |
| Mr. Attorney General | Utah Office of the Attorney General | Utah Office of the AG | PO Box 142320 | 350 North State Street Suite 230 | Salt Lake City | UT | 84114-2320 |
| Mr. Attorney General | West Virginia Attorney General | West Virginia Attorney General | 1900 Kanawha Blvd., E. | Capitol Complex, Building 1, Room E-26 | Charleston | WV | 25305 |
| Madame Attorney General | Office of the Wyoming Attorney General | Office of the Wyoming AG | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 |
| Mr. Attorney General | Office of the Alabama Attorney General | Office of the Alabama AG | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Attorney General | Office of the California Attorney General | Office of the California AG | 455 Golden Gate Ave, Ste 11000 | Consumer Law Section | San Francisco | CA | 94102 |
| Mr. Attorney General | State of Idaho Attorney General's Office | State of Idaho AG's Office | 700 W Jefferson St. Suite 210 | PO Box 83720 | Boise | ID | 83720-0010 |
| Mr. Attorney General | Indiana Attorney General's Office | Indiana AG's Office | 302 West Washington Street, 5th Floor | Indiana Government Center South | Indianapolis | IN | 46204 |
| Mr. Attorney General | Kansas Attorney General | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612 |
| Madame Attorney General | Office of the Michigan Attorney General | Office of the Michigan AG | 525 W. Ottawa Street, PO Box 30212 | G Mennen Williams Bldg., 7th Fl | Lansing | MI | 48909 |
| Mr. Attorney General | Minnesota Attorney General's Office | Minnesota AG's Office | 445 Minnesota St Ste 1400 | STATE CAPITOL | St. Paul | MN | 55101-2190 |
| Mr. Attorney General | State of North Dakota Office of the Attorney General | North Dakota Office of the AG | 600 E. Boulevard Avenue, Dept 125 | State Capitol | Bismarck | ND | 58505-0040 |
| Madame Attorney General | Office of the New York Attorney General | Office of the New York AG | The Capitol | | Albany | NY | 12224-0341 |
| Mr. Attorney General | South Carolina Attorney General | South Carolina Attorney General | PO Box 11549 | Rembert C. Dennis Bldg. | Columbia | SC | 29211-1549 |
| Mr. Attorney General | Tennessee Office of the Attorney General and Reporter | Tennessee Attorney General and Reporter | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Mr. Attorney General | Office of the Attorney General of Vermont | Office of the AG of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Mr. Attorney General | Office of the Wisconsin Attorney General | Office of the Wisconsin AG | PO Box 7857 | Wisconsin Department of Justice, State | Madison | WI | 53707-7857 |
| Mr. Attorney General | American Samoa Attorney General | American Samoa AG | UTULEI, Territory of American Samoa | EXEC. OFC. BLDG - 3rd Floor | Pago Pago | AS | 96799 |
| Mr. Attorney General | Office of the Attorney General of the United States | Office of the AG of the US | 950 Pennsylvania Avenue, NW | United States Department of Justice | Washington | DC | 20530-0001 |
| Mr. Attorney General | Office of the Attorney General Guam | The Attorney General of Guam | 590 S.Marine Corps Drive, Suite 901 | | Tamuning | GU | 96913 |
| Mr. Attorney General | Office of the Northern Mariana Islands Attorney General | Northern Mariana Islands AG | Caller Box 10007 | Administration Building | Saipan | MP | 96950-8907 |
| Mr. Attorney General | Puerto Rico Secretary of Justice | Puerto Rico Secretary of Justice | PO BOX 9020192 | | San Juan | PR | 00902-0192 |
| Madame Attorney General | Virgin Islands Attorney General | Virgin Islands Attorney General | 3438 Kronprindsens Gade | GERS Building, 2nd Fl | St. Thomas | VI | 00802 |