UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-1508-CRK-MCR

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION

___

**PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL FOR CLASS ACTION SETTLEMENT**

___

Pursuant to Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement [ECF No. 136, PageID 135-136], Plaintiffs hereby submit the Supplemental Declaration of H Jacob Hack Re: Notice and Administration ("Hack Decl.") attached hereto as Exhibit 1. To date, claims administrator Angeion Group, LLC ("Angeion Group") has confirmed that 24 claims for ordinary and extraordinary expenses are valid, totaling $10,445. Hack Decl., ¶ 6. Angeion Group has also verified 57,389 claims and approximates the average payment to class members after administration expenses and attorneys' fees will be approximately $62.90. *Id.* ¶ 7.

Dated: August 22, 2025.        Respectfully submitted,

/s/ *Mariya Weekes*
Mariya Weekes (Florida Bar No. 56299)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

1

> BRYAN BLEICHNER
> **CHESTNUT CAMBRONNE PA**
> 100 Washington Ave., Ste. 1700
> Minneapolis, MN 55401-2138
> Tel: (612) 336-2912
> Fax: (612) 336-2940
> Email:bbleichner@chestnutcambronne.com
>
> *Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 22nd day of August 2025.

> */s/ Mariya Weekes*
> Mariya Weekes

2