**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:23-cv-1508-CRK-MCR**

IN RE: LOANCARE DATA
SECURITY BREACH LITIGATION
                                                                    /

**PLAINTIFFS' NOTICE OF FILING OF**
**SECOND SUPPLEMENTAL DECLARATION OF H. JACOB HACK**

Plaintiffs hereby give notice of the filing of the Second Supplemental Declaration of H. Jacob Hack of Angeion Group, LLC regarding Notice and Administration of the class action settlement, attached hereto as Exhibit A.

Dated: August 25, 2025.                    Respectfully submitted,

/s/ *Philip J. Krzeski*
Bryan L. Bleichner (admitted *pro hac vice*)
Philip J. Krzeski (admitted *pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave., Ste. 1700
Minneapolis, MN 55401-2138
Telephone: (612) 336-2912
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

MARIYA WEEKES
Florida Bar No. 56299
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Telephone: (786) 879-8200
Fax: (786) 879-7520
*mweekes@milberg.com*

*Attorneys for Plaintiffs and the Settlement Class*

1